HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE MEDICAL PROTECTIVE COMPANY,

Plaintiff,

v.

INNOVA PHYSICAL THERAPY LLC; BARRETT SWIGARD a/k/a BRET or BRETT SWIGARD,

Defendants.

NO. 2:24-cv-00320-JCC

**STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO STAY PROCEEDINGS**

**NOTE ON MOTION CALENDAR: APRIL 4, 2024**

COME NOW Plaintiff The Medical Protective Company ("Plaintiff" or "MedPro") and Defendants Innova Physical Therapy LLC ("Innova") and Barrett Swigard ("Defendants") (collectively, "the Parties"), by and through their undersigned counsel of record, stipulate and submit this Stipulated Motion to Stay Proceedings.

The Parties respectfully request that this Court enter an Order Staying the above-captioned declaratory relief action (the "Declaratory Relief Action") pending the trial court issuing a final judgment or Order of Dismissal in the underlying lawsuit entitled *ALW and AGW, et al. v. Innova Physical Therapy, LLC, et al.*, King County Superior Court, Case No. 23-2-00973-8 (the "Underlying Lawsuit"). Specifically, the Parties request that this Court enter an

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Order Staying the Declaratory Relief Action until thirty (30) days after the trial court in the Underlying Lawsuit issues a final judgment or Order of Dismissal, whichever occurs earlier.

This Declaratory Relief Action arises out of a dispute between the Parties as to whether Defendants are entitled to indemnity coverage under a professional liability policy that MedPro issued to Innova for claims asserted by the underlying plaintiffs against Defendants in the Underlying Lawsuit. Trial in the Underlying Lawsuit is currently scheduled to begin on July 8, 2024. As such, the Parties have conferred and request that this Court enter an Order Staying the Declaratory Relief Action until thirty days after the trial court in the Underlying Lawsuit issues a final judgment or Order of Dismissal, whichever occurs earlier.[1]

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

The parties certify that this memorandum contains 304 words, in compliance with the Local Civil Rules.

Dated: April 4, 2024

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Stephanie M. Ries*
Donald J. Verfurth, WSBA #15554
Stephanie M. Ries, WSBA #35864
*Attorneys for Plaintiff The Medical Protective Company*
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: dverfurth@grsm.com
sries@grsm.com

[1] A district court has inherent power to grant or deny a stay of proceedings – a power which is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936).

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

HARPER | HAYES PLLC

By: *s/Thomas M. Williams*
Thomas M. Williams, WSBA #47654
*Attorneys for Defendants*
Harper | Hayes PLLC
1200 Fifth Avenue, Suite 1208
Seattle, WA 98101
Phone: (206) 340-8010
Email: twilliams@harperhayes.com

STIPULATED MOTION AND [~~PROPOSED~~] ORDER
TO STAY PROCEEDINGS - 3
Case No. 2:24-cv-00320-JCC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**ORDER**

The Court GRANTS the Parties' Stipulated Motion to Stay Proceedings, and hereby ORDERS as follows:

1. The Declaratory Relief Action is hereby stayed until thirty days after the trial court in the Underlying Lawsuit (*ALW and AGW, et al. v. Innova Physical Therapy, LLC, et al.*, King County Superior Court, Case No. 23-2-00973-8) issues a final judgment or Order of Dismissal, whichever occurs earlier.

DATED this 4th day of April 2024.

Honorable John C. Coughenour
United States District Court Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/Stephanie M. Ries*
Donald J. Verfurth, WSBA #15554
Stephanie M. Ries, WSBA #35864
*Attorneys for Plaintiff*
*The Medical Protective Company*



**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822